ALBERT R. HOUSE v. STATE.

172 So. 736.
Division B.
No. 259.
Opinion Filed February 17, 1937.

*E. L. Bryan,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—The final judgment and sentence herein rendered by the Criminal Court of Record upon a remand of the defendant in habeas corpus proceedings for a proper judgment and sentence in the trial court, is affirmed upon the authority of the opinion in Albert R. House v. The State of Florida, No. 233, this day filed by this Court.

Affirmed.

WHITFIELD, P. J., and ELLIS, TERRELL, BROWN and DAVIS, J. J., concur.

BUFORD, J., not participating because of illness.

ALBERT R. HOUSE v. STATE.

172 So. 736.
Division B.
No. 238.
Opinion Filed February 17, 1937.

*E. L. Bryan,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—The final judgment and sentence herein rendered by the Criminal Court of Record upon a remand of the defendant in habeas corpus proceedings for a proper judgment and sentence in the trial court is affirmed upon the authority of the opinion in Albert R. House v. the State of Florida, No. 233, this day filed by this Court.

Affirmed.

WHITFIELD, P. J., and ELLIS, TERRELL, BROWN and DAVIS, J. J., concur.

BUFORD, J., not participating because of illness.

LEON HOLROYD v. STATE.

172 So. 700.

Opinion Filed February 17, 1937.

*Bart A. Riley* and *Arthur S. Friedman,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

BUFORD, J.—The writ of error is to a judgment of conviction under an information charging violation of the pro-